[No. 11693-0-III.   Division Three.   August 5, 1993.]

*In the Matter of the Marriage of* TRACY MARIE
HANSEN, *Respondent, and* REG ALLEN
HANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-3-01040-4, Richard J. Schroeder, J., entered May 31, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Shields, J. Pro Tem.

[No. 27753-7-I.   Division One.   August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL
FONTENOT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-03700-9, Arthur E. Piehler, J., entered January 28, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Forrest and Agid, JJ.

[No. 28974-8-I.   Division One.   August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY PAUL
LOZIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-00617-9, Larry A. Jordan, J., entered July 15, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Forrest, J.